# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:21-cv-00277-NYW**

TOM HUSSEY PHOTOGRAPHY, LLC,

    Plaintiff,

v.

MORNINGSTAR SENIOR LIVING, LLC,

    Defendant.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff Tom Hussey Photography, LLC, by and through its attorneys, and Defendant Morningstar Senior Living, LLC, by and through its attorneys, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for dismissal of the above-captioned action with prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted this 7th day of June, 2021.

| | |
|---|---|
| /s/ Steven M. Cowley | /s/ Brandon P. Hull |
| Steven M. Cowley | Brandon P. Hull |
| DUANE MORRIS LLP | Michael N. Whitney |
| 100 High Street, Suite 2400 | Overturf McGath & Hull, P.C. |
| Boston, MA 02110-1724 | 625 East Sixteenth Avenue |
| Tel: (857) 488-4261 | Suite 100 |
| Fax: (857) 401-3090 | Denver, Colorado 80203 |
| smcowley@duanemorris.com | Tel:  303.860.2848 |
| | bph@omhlaw.com |
| *Counsel For Plaintiff Tom Hussey Photography, LLC* | mnw@omhlaw.com |
| | *Counsel For Defendant Morningstar Senior Living, LLC* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2021, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** via CM/ECF with service on all counsel of record.

*s/ Michelle Capdeville*

2